# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

141049-51(74)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBIN DECKER, as Next Friend of ERIC
DECKER, a Minor,
        Plaintiff-Appellee,

v

SC: 141049-51
COA: 284155; 285870; 290633
Montcalm CC: 06-007819-NH

MICHAEL STOIKO, M.D., SPECTRUM
HEALTH HOSPITALS, INC., d/b/a
BUTTERWORTH HOSPITAL, and
SPECTRUM HEALTH HOSPITALS, INC.,
d/b/a DEVOS CHILDREN'S HOSPITAL,
        Defendants-Appellants,

and

MICHAEL ROCHOWIAK, D.O., ALBERTO
BETANCOURT, M.D., CARSON CITY
HOSPITAL, d/b/a CENTER FOR
WOMEN'S HEALTH CARE, and CARSON
CITY HOSPITAL, INC.,
        Defendants-Appellees,

and

BLUE CROSS BLUE SHIELD,
        Intervening Plaintiff.
_____/

      On order of the Court, the motion for reconsideration of this Court's November 22, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

                       Clerk

d0516